```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x
In re:                              :
CHRISTOPHER HUNTINGTON              :   BK No. 08-13858
         Debtor                         Chapter 7
- - - - - - - - - - - - - - - - - -x
```

## ORDER GRANTING MOSES BROWN SCHOOL'S MOTION FOR RELIEF FROM STAY

Heard on Moses Brown School's Motion for Relief from Stay to go forward with the payment of child support funds held in an escrow account, pursuant to a final Family Court Order. Interested Party, Cheryl Huntington, objects.

Because this dispute involves family law issues *only*, and since the funds in question are exempt from the operation of the automatic stay under 11 U.S.C. § 362(b)(2)(B), this Court has no jurisdiction to hear or determine any of the issues in dispute.

At the hearing, Moses Brown School did not press its Motion to Strike Cheryl Huntington's Objection to Relief from Stay, and argued the merits of its Motion for Relief. Therefore the Motion to Strike is deemed **WAIVED.**

Debtor did not appear to prosecute his Motion to Strike Cheryl Huntington's Objection to Relief from Stay. That Motion to Strike is also **DENIED.**

The Trustee has filed a response stating that the bankruptcy estate has no interest in the outcome of this dispute.

BK No. 08-13858

For the reasons mentioned, Moses Brown School's Motion for Relief from Stay is **GRANTED**.

Enter Judgment consistent with this Order.

Dated at Providence, Rhode Island, this 19th day of February, 2009.

                                      Arthur N. Votolato
                                      U.S. Bankruptcy Judge

Entered on docket: 2/19/09